## Consent To Disbursement

Whereas, Primus Automotive Fin. Svcs., Inc. holds a judgment against Kyle Smith in the District Court for Howard County; and that Thieblot, Ryan, Miller & Hrehorovich, P.A. has filed an attachment on other than wages on M&T Bank on the accounts of Kyle Smith and M & T Bank and M & T Bank has confessed assets of $914.17 and attached to the extent of $914.17 and on this 8th day of December 2004, the undersigned, hereby authorizes M & T Bank to release to Thieblot, Ryan, Miller & Hrehorovich, P.A., as attorneys for M & T Bank $ 914.17 pursuant to the attachment, without further order of court. It is understood that upon payment of the money by M & T Bank to Thieblot, Ryan, Miller & Hrehorvich, P.A., the attachment will be dismissed.

Kyle Smith hereby release and discharge M & T Bank and Thieblot, Ryan, Miller & Hrehorovich, P.A., their attorneys and assigns from any and all liability arising out of the release of the funds herein described.

THIEBLOT, RYAN, MILLER & HREHOROVICH

_____
Kyle Smith

By: _____
Anthony W. Ryan
Suite 444, World Trade Center
401 E, Pratt Street
Baltimore, MD 21202-309
(410)837-1140
Attorney for Plaintiff
File No.02-2977

STATE OF MARYLAND

I HEREBY CERTIFY that on this 8th day of December, 2004, Kyle Smith having personally appeared before me, the undersigned, a Notary Public in and for the State of Maryland, made oath in due form that she had read this Consent to Disbursement and acknowledge it to be her act.

_____ (SEAL)
NOTARY PUBLIC

My Commission expires: 5-1-2008

EXHIBIT 1