**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re:  Kyle Smith | * | Case No.  05-12650 dk |
| Debtor | * | Chapter 7 |
| * * * * * * * | | |
| KYLE SMITH | | |
| | * | |
| Movant | * | |
| | * | |
| vs. | | |
| | * | |
| PRIMUS AUTOMOTIVE FIN SVCS. INC. | * | |
| Ford Motor Credit Company | | |
| | * | |
| Respondent | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>MOTION TO AVOID JUDICIAL LIEN ON DEBTORS M&T BANK
ACCOUNT IMPAIRING DEBTORS EXEMPTIONS</u>**

To the Honorable Judge of the above entitled Court:

COMES NOW, Kyle Smith, by and through counsel Andrew G. Wilson, II, who states the following:

1. The debtor Kyle Smith, filed a voluntary petition for relief under Chapter 7 on February 8, 2005.

2. This is a core proceeding over which this Court has jurisdiction under Title 28 U.S.C. Section 157(b).

3. Primus Automotive Fin. Svcs., Inc. has a judicial lien against debtors M&T bank account by virtue of a judgment rendered in December, 2004.

1

4.	In December 2004, a Writ of Garnishment was issued and subsequently served upon debtors bank account at M&T Bank.

5.	Such lien impairs the exemption in which the debtor would be entitled under 11 U.S.C. Section 522(f) and Code of Maryland 11-504.

6.	That the judgment heretofore entered on behalf of Primus Automotive Fin. Svcs., Inc. impairs the exemption and should be extinguished by virtue of this action.

WHEREFORE, the premises considered, movant prays as follows:

A.	That the judicial lien held on debtors bank account at M&T Bank be avoided; and

B.	For such other and further relief as the nature of this cause may require.

Respectfully submitted,

 /s/ Andrew G. Wilson, II
Andrew G. Wilson, II, #22259
275 West Street, Suite 216
Annapolis, Maryland 21401
410-626-6111
Attorney for movant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading referenced above to be sent on the  17th  day of February 2005, by first class U.S. Mail, postage prepaid to: Primus Automotive Financial Svcs., Inc., Ford Motor Credit Company, 1335 S. Clearview Avenue, Mesa, AZ 85208; Bruce R. Miller, 401 E. Pratt Street, Ste. 444, Baltimore, Maryland 21202, attorney for plaintiff and to M&T Bank, Attn: Vickie Taylor, Branch Manager, 25 S. Charles Street, Baltimore, Maryland 21201 and the following persons were served electronically via the CM/ECF system: Joel I. Sher.

/s/ Andrew G. Wilson, II  
Andrew G. Wilson, II